UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 2:07-CR-0195 DFL |
| v. | ) |
| | ) |
| AMADOR AGUILAR CONTRERAS | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   (X) Ad Prosequendum          ( ) Ad Testificandum

Name of Detainee:   AMADOR AGUILAR CONTRERAS
Detained at (custodian):   **FOLSOM STATE PRISON**

Detainee is:   a.)   (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
           charging detainee with: Being a Deported Alien Found in the United States
    or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
    or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Kyle F. Reardon
Printed Name & Phone No: KYLE F. REARDON/916-554-2782
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 8/15/07

United States ~~District~~/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Amador Contrereas, Favian Rivas, Jose Alfredo Torres, Jose Alfredo Contreras | Male X Female ___ | |
| Booking or CDC #: | P70593 | DOB: | |
| Facility Address: | 300 Prison Road | Race: | |
| | Represa, CA 95670 | FBI #: 784892CB5 | |
| Facility Phone: | 916-985-2561 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____    By: _____
                     (Signature)