DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AMADOR AGUILAR CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-195 DLJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| AMADOR AGUILAR CONTRERAS, | ) | Date: November 6, 2007 |
| | ) | Time: 9:00 A.M. |
| | ) | Judge: Hon. D. Lowell Jensen |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kyle Reardon, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for October 23, 2007 be vacated and a new date of November 6, 2007 be set for status. The defense needs additional time to review the pre-plea report, confirm criminal history information, and discuss possible resolution with the defendant.

It is further stipulated and agreed between the parties that the period beginning October 23, 2007 to November 6, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: October 22, 2007

                                         Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender

                                         /S/NED SMOCK
                                       NED SMOCK
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       AMADOR AGUILAR CONTRERAS

                                       MCGREGOR W. SCOTT
                                       United States Attorney

Dated:  October 22, 2007
                                       /S/ KYLE REARDON
                                       KYLE REARDON
                                       Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED:___October 22, 2007_____

                                       /s/ D. Lowell Jensen
                       HONORABLE D. LOWELL JENSEN
                                       District Court Judge